IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHARON L. LANE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:10-cv-00045 |
| ) | Judge Nixon |
| MICHAEL J. ASTRUE, ) | Magistrate Judge Knowles |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Plaintiff Sharon L. Lane's Motion for Judgment on the Administrative Record ("Plaintiff's Motion") (Doc. No. 14), filed with a supporting Brief (Doc. No. 15). Defendant Commissioner of Social Security filed a Response in Opposition to Plaintiff's Motion. (Doc. No. 18.) Subsequently, Magistrate Judge Knowles issued a Report and Recommendation ("Report") (Doc. No. 19) recommending that Plaintiff's Motion should be denied and the final decision of the Commissioner should be affirmed. (*Id.* at 25.) The Report was filed on July 11, 2011, and neither party has raised any objections to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court **DENIES** Plaintiff's Motion. This Order terminates this Court's jurisdiction over the above-styled action, and the case is **DISMISSED**.

It is so ORDERED.

Entered this ____1st____ day of July, 2011.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT